John S. Flizikowski, appellee, v. Albert Sikorski, appellant.   Gen. No. 25,195.

Action to recover for services rendered by architect.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding.   Heard in this court at the March term, 1919.   Affirmed.   Opinion filed December 8, 1919.

Edmund W. Froehlich, for appellant.   Pines & Newmann, for appellee; Alvin E. Stein, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

Atlantic Transport Company, appellee, v. George B. Cary, appellant.   Gen. No. 25,204.

Action to recover damages for breach of contract reserving shipping space in vessel.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding.   Heard in this court at the March term, 1919.   Affirmed.   Opinion filed December 8, 1919.

Donald H. Mann, for appellant.   H. G. Colson, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Marie Pitusiak, appellee, v. Globe Mutual Life Insurance Association, appellant.   Gen. No. 25,217.

Action to recover on a life insurance policy.   Judgment for plaintiff.   Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding.   Heard in this court at the March term, 1919.   Reversed and judgment of *nil capiat* here.   Opinion filed December 8, 1919.

Arthur W. Fulton and John V. McCormick, for appellant.   James Percival Pio and John A. Ulrich, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

Samuel Gallick, appellee, v. M. A. Riman, appellant.   Gen. No. 25,229.

Action to recover money obtained by false representations.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding.   Heard in this court at the March term, 1919.   Affirmed.   Opinion filed December 8, 1919.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant. Thurman, Hume & Kennedy, for appellee.

Mr. Justice Dever delivered the opinion of the court.